NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-0103

RAY MARIE DOUET, ET AL.

VERSUS

AZALEA VILLA NURSING CENTER, ET AL.

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 100629
HONORABLE EDWARD M. LEONARD, JR., DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

AFFIRMED.

Patrick A. Cruise
E. Eric Guirard & Associates
1075 Government Street
Baton Rouge, LA 70802
(225) 379-3333
Counsel for Plaintiff/Appellee:
    Ray Marie Douet, individually
    and on behalf of Louis J. Douet

Julie Savoy
The Gachassin Law Firm
P. O. Box 2850
Lafayette, LA 70502
(337) 235-4576
Counsel for Defendant/Appellant:
    Kisatchie Corporation